AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Electronic Privacy Information Center | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 15-1527 |
| U.S. Coast Guard et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Privacy Information Center.

Date:   09/18/2015

/s
*Attorney's signature*

Thailam John Tran, Bar No. 1027767
*Printed name and bar number*

1718 Connecticut Ave. NW, Suite 200
Washington, DC 2009
*Address*

tran@epic.org
*E-mail address*

(202) 483-1140
*Telephone number*

(202) 483-1248
*FAX number*